FILED
WILLIAMSPORT

JUN 1 0 2005

Per_____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:04-CR-136-2 |
| vs. | |
| MYESHIA RICKS-BOYKINS | (Judge Muir) |

## EX PARTE ORDER

AND NOW, upon consideration of Myeshia Boykin's <u>Ex Parte</u> Under Seal Motion for Non-Custodial Transportation and Subsistence Expenses Pursuant to 18 U.S.C. §4285, IT IS HEREBY ORDERED that the motion is GRANTED.

The United States Marshals Service is directed to provide expenses for non-custodial transportation for Myeshia Boykins from Marietta, Georgia, to Williamsport, Pennsylvania, on June 13, 2005, lodging and subsistence for Myeshia Boykins while in Williamsport, Pennsylvania, for the Arraignment and Plea Agreement Hearing and non-custodial transportation for Myeshia Boykins from Williamsport, Pennsylvania at the conclusion of the

Arraignment and Plea Agreement Hearing.  Such sums shall not exceed the per diem allowance authorized by 5 U.S.C. §5702(a).

BY THE COURT:

_____
Malcolm Muir
United States District Judge